**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| ANDREW W. RAYMOND, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> UNLIMITED TAXES & MORE ) <br> FRANCHISING COMPANY, LLC, ) <br> UNLIMITED TAXES & MORE, ) <br> INC., ) <br> UNLIMITED TAXES & MORE ) <br> LICENSING COMPANY, LLC., ) <br> UNLIMITED TAXES & MORE TAX ) <br> TRAINING RESOURCE CENTER, ) <br> LLC and SHONDA M. MICKEL, ) <br> ) <br> Defendants. ) | CASE NO.: 1:22-cv-01866-JPB |

**JOINT STIPULATION AND CONSENT MOTION
TO DISMISS WITH PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), Plaintiff and all Defendants ("the Parties"), through undersigned counsel, agree and stipulate, and hereby respectfully file their Joint Stipulation and Consent Motion to Dismiss With Prejudice. The Parties have agreed that each party will bear its own attorneys' fees, expenses, and costs.

1

For the Court's convenience, a Proposed Order is attached hereto as <u>Exhibit A</u>.

Stipulated and agreed this this 18th day of May 2022.

/s/ Robert Arkin
Robert Arkin, Esq.
Georgia Bar No. 021575
Robert Arkin LLC d/b/a Arkin Law
50 Hurt Plaza SE, Suite 1444
Atlanta, GA  30303-2946
(T) 404-220-8500
(F) 855-804-9334
Email: robert@arkin.law

*Counsel for Plaintiff Andrew W. Raymond*


/s/ Pierre L. Ifill
Pierre L. Ifill, Esq.
Georgia Bar No. 236187
The Ifill Law Group, LLC
2116 Ogeechee Road
Savannah, GA  31415
(T) 912-335-3888
(F) 404-855-4131
Email: pifill@theifilllawgroup.com

*Counsel for Defendants Unlimited Taxes & More Franchising Company, LLC, Unlimited Taxes & More, Inc., Unlimited Taxes & More Licensing Company, LLC., Unlimited Taxes & More Tax Training Resource Center, LLC, and Shonda M. Mickel*

## **CERTIFICATE OF SERVICE AND COMPLIANCE**

I hereby certify that on May 18, 2022, I served the within and foregoing **JOINT STIPULATION AND CONSENT MOTION TO DISMISS WITH PREJUDICE** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

Pursuant to L.R. 7.1(D), the undersigned also hereby certifies that the foregoing **JOINT STIPULATION AND CONSENT MOTION TO DISMISS WITH PREJUDICE** has been prepared in Times New Roman 14, a font and type selection approved by the Court in L.R. 5.1(C).

This 18th day of May 2022.

                                                  */s/ Robert Arkin*
                                                Robert Arkin, Esq.
                                                Georgia Bar No. 021575
                                                Robert Arkin LLC d/b/a Arkin Law
                                                50 Hurt Plaza SE, Suite 1444
                                                Atlanta, GA  30303-2946
                                                (T) 404-220-8500
                                                (F) 855-804-9334
                                                Email: robert@arkin.law

                                                *Counsel for Plaintiff Andrew W. Raymond*

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| ANDREW W. RAYMOND, )<br>)<br>   Plaintiff, )<br>)   CASE NO.: 1:22-cv-01866-JPB<br>vs. )<br>)<br>UNLIMITED TAXES & MORE )<br>FRANCHISING COMPANY, LLC, )<br>UNLIMITED TAXES & MORE, )<br>INC., )<br>UNLIMITED TAXES & MORE )<br>LICENSING COMPANY, LLC., )<br>UNLIMITED TAXES & MORE TAX )<br>TRAINING RESOURCE CENTER, )<br>LLC and SHONDA M. MICKEL, )<br>)<br>   Defendants. | |

**[PROPOSED] ORDER**

THIS MATTER having come before the Court on the Joint Stipulation and Consent Motion to Dismiss With Prejudice, submitted by Plaintiffs and all Defendants (the "Parties"), and upon consideration thereof and for good cause shown,

**IT IS HEREBY ORDERED** that the Parties' Joint Stipulation and Consent Motion to Dismiss With Prejudice is **GRANTED**. The Court orders that all claims

1

shall be dismissed, with prejudice, with each party to bear its own attorneys' fees, expenses, and costs.

    ENTERED this _____ day of May 2022.


_____
The Honorable J. P. Boulee
United States District Judge

2